IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELLIOT O. CARLTON III,

          Plaintiff,

          ORDER

v.

          12-cv-695-wmc

DODGE CORRECTIONAL
INSTITUTION, CARLY HENNING,
and AMY KLUG,

          Defendants.

State inmate Elliot O. Carlton, III, filed this action pursuant to 42 U.S.C. § 1983, and the court granted him leave to proceed with his claim that defendants Amy Klug and Carly Henning violated his constitutional rights by using excessive force against him. (*See* Dkt. # 15.) On June 18, 2013, defendant Klug filed an answer. Noting that defendant Henning was served on June 24, 2013, but has not yet answered or requested an extension of time to do so, Carlton asks the court to enter a default judgment against her. (Dkt. # 68). The motion is denied as premature at this time without prejudice to a request for reconsideration after the court has addressed the claims against defendant Klug.

ORDER

IT IS ORDERED that plaintiff Elliot O. Carlton's motion for a default judgment against defendant Carly Henning (Dkt. # 68) is DENIED without prejudice as premature.

Entered this 23rd day of September, 2013.

          BY THE COURT:

          /s/
          _____
          WILLIAM M. CONLEY
          District Judge