IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELLIOT O. CARLTON, III,

            Plaintiff,                          ORDER

v.

                                          12-cv-695-wmc

CARLY HENNING,

            Defendant.

---

The court held a telephonic status conference in this matter today to schedule a hearing on default judgment against defendant Carly Henning. Mr. Carlton appeared *pro se* and Assistant Attorney General Brandon Flugaur appeared for dismissed defendant Amy Klug. Consistent with the discussion during that conference,

ORDER

IT IS ORDERED that:

1) The court will hold an evidentiary hearing on default judgment against defendant Carly Henning on October 10 or 23 or November 6, 2014. The office of the Attorney General is to inform the court of the specific date most convenient for third-party witness Dr. Roman Kaplan by Friday, September 19, 2014, as well as Dodge Correctional Institution's videoconferencing capabilities.

2) The court will then issue a subpoena for Dr. Kaplan to appear and testify by videoconferencing, as well as to produce copies of plaintiff Elliot O. Carlton, III's medical records to the court and to Carlton no later than 14 days before the hearing.

3) At the hearing, the court will take testimony by videoconference from both Dr. Kaplan and from plaintiff Carlton regarding any injury he may have suffered from Henning's pushing him on his bad shoulder, grabbing him roughly by his ankles and shoving him on July 4, 2012, as well as any subsequent medical treatment he may have received for the alleged injury.

Entered this 12th day of September, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge