IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELLIOT O. CARLTON III,

    Plaintiff,

v.

DODGE CORRECTIONAL INSTITUTION,
CARLEY HENNINGS and AMY KLUG,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-695-wmc

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing his claims against Dodge Correctional Institution and dismissing this case for plaintiff's failure to exhaust his administrative remedies.

| /s/ | 12/3/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |